# THE UNITED STATES DISTRICY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS GAMEZ<br><br>and<br><br>ROBERTO QUINONEZ, as parent and general guardian of C.L.Q-B, a minor,<br><br>on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>PCS REVENUE CONTROL SYSTEMS, INC.,<br><br>a New Jersey corporation,<br><br>          Defendant. | Case No.: 2:21-cv-08991-JXN-AME<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION TO DIRECT CLASS NOTICE AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Motion Date: June 21, 2022 |

TO: CLERK OF THE COURT

     Brittany L. Primavera, Esq.
     John T. Mills, Esq.
     Brian E. Middlebrook, Esq.
     Gordon Rees Scully Mansukhani
     1 Battery Park Plaza
     Ste. 28th Floor
     New York, NY 1004

PLEASE TAKE NOTICE that on June 21, 2022 or as soon thereafter as counsel may be heard, the undersigned, on and behalf of Plaintiff, Grant Morrow, individually and on behalf of the putative class, shall appear and move in Courtroom MLK 5D before the Honorable, Julien Xavier Neals, U.S.D.J. in the United States District Court for the District of New Jersey, Newark Division, located in the Martin Luther King Building & US Courthouse, 50 Walnut Street, Newark, NJ 07101 for an order granting preliminary approval of the Settlement reached in this matter.

**PLEASE TAKE FURTHER NOTICE** that at the aforesaid time and place, in support of this motion, Plaintiff will rely upon the attached Memorandum of Law, along with the exhibits attached thereto, served and filed herewith.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached to the Memorandum of Law.

Dated: May 27, 2022

>
> Respectfully submitted,
> **LOCKS LAW FIRM, LLC**
> */s/ James A. Barry*
> James A. Barry, Esq.
> 801 N. Kings Highway
> Cherry Hill, NJ 08034
> Tel:  (856) 663-8200
> Fax:  (856) 661-8400
>
>
> **MORGAN & MORGAN**
> **COMPLEX LITIGATION GROUP**
> John A. Yanchunis, Esq. [Admitted *Pro Hac Vice*]
> Ryan D. Maxey, Esq. [Admitted *Pro Hac Vice*]
> 201 Franklin Street, 7th Floor
> Tampa, Florida 33602
> Tel.:  (813) 223-5505
> Fax:  (813) 334-5402
>
> *Attorneys for Plaintiff and the Putative Class*