# THE UNITED STATES DISTRICY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS GAMEZ<br><br>and<br><br>ROBERTO QUINONEZ, as parent and general guardian of C.L.Q-B, a minor,<br><br>on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>vs.<br><br>PCS REVENUE CONTROL SYSTEMS, INC.,<br><br>a New Jersey corporation,<br><br>   Defendant. | Case No.: 2:21-cv-08991-JXN-AME<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Motion Date: December 20, 2022 |

TO: CLERK OF THE COURT

   Brittany L. Primavera, Esq.
   John T. Mills, Esq.
   Brian E. Middlebrook, Esq.
   Gordon Rees Scully Mansukhani
   1 Battery Park Plaza
   Ste. 28th Floor
   New York, NY 10004

  **PLEASE TAKE NOTICE** that on December 20, 2022 at 11am or as soon thereafter as counsel may be heard, the undersigned, on and behalf of Plaintiffs, Carlos Gamez and Roberto Quinonez, as parent and general guardian of C.L.Q-B., individually and on behalf of the putative class, shall appear and move in Courtroom MLK 5D before the Honorable, Julien Xavier Neals, U.S.D.J. in the United States District Court for the District of New Jersey, Newark Division, located in the Martin Luther King Building & US Courthouse, 50 Walnut Street, Newark, NJ 07101 for an order granting Final Approval of the Class Action Settlement in this matter.

**PLEASE TAKE FURTHER NOTICE** that at the aforesaid time and place, in support of this motion, Plaintiff will rely upon the attached Motion, along with the exhibits attached thereto, served and filed herewith. A proposed form of order is attached to the Memorandum of Law.

Dated: November 30, 2022

        Respectfully submitted,
        **POGUST GOODHEAD, LLC**

        /s/ James A. Barry
        James A. Barry, Esq.
        NJ Attorney ID: 027512008
        505 S. Lenola Rd., Suite 126
        Moorestown, NJ 08057
        Tel: 610-941-4204
        Fax: 610-941-4245

        JOHN A. YANCHUNIS
        jyanchunis@ForThePeople.com
        RYAN D. MAXEY
        rmaxey@ForThePeople.com
        **MORGAN & MORGAN**
        **COMPLEX LITIGATION GROUP**
        201 N. Franklin Street, 7th Floor
        Tampa, Florida 33602
        Telephone: (813) 223-5505
        Facsimile: (813) 223-5402

        ***Attorneys for Plaintiffs and the Class***