THE UNITED STATES DISTRICY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS GAMEZ<br><br>and<br><br>ROBERTO QUINONEZ, as parent and general guardian of C.L.Q-B, a minor,<br><br>on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>PCS REVENUE CONTROL SYSTEMS, INC.,<br><br>a New Jersey corporation,<br><br>        Defendant. | Case No.: 2:21-cv-08991-JXN-AME<br><br><br><br>**ORDER** |

AND NOW, this 6th day of February, 2023, upon consideration of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees and Expenses to Class Counsel, and Service Awards to Class Representatives (ECF No. 34), and any responses or objections thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and that:

    1.    The Court has considered the request for Class Representative service awards, and hereby approves and awards Class Representative, Carlos Gamez and, the amount of $1,000.00 as a fair and reasonable amount;

    2.    The Court has considered the request for Class Representative service awards, and hereby approves and awards Class Representative, Roberto Quinonez, as parent and general guardian of C.L.Q.-B, a minor, the amount of $1,000.00 as a fair and reasonable amount;

3. The Court has reviewed the unopposed Motion and supporting memorandum of law and finds that Class Counsels' request for attorneys' fees and costs is reasonable and that Class Counsels' request for $85,000.00 is fair and reasonable. The Court therefore approves Class Counsels' request for fees and expenses;

4. The sums set forth in Paragraphs 1-3 above shall be paid in accordance with the Parties' Settlement Agreement.

BY THE COURT:

_____
JULIEN XAVIER NEALS
United States District Judge